UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 21-cv-23830-ALTMAN/Reid**

**CATHERINE PEREZ**,

    *Plaintiff*,

v.

**SAFAR MIAMI SALON, INC.**, *et al.*,

    *Defendants*.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 28] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties also ask us to retain jurisdiction to enforce the terms of their settlement, but they don't provide a copy of their settlement agreement. We will not retain jurisdiction over a settlement agreement that we haven't seen or approved. Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. This matter is **DISMISSED with prejudice**.

2. Each party shall bear its own fees and costs.

3. This case shall remain administratively **CLOSED**.

4. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

5. The parties may re-file their Stipulation of Dismissal by **September 16, 2022**, and either attach a copy of their settlement agreement or else remove their request for the Court to retain jurisdiction. If the parties choose not to re-file, we note that the Joint Stipulation is otherwise self-executing.

**DONE AND ORDERED** in the Southern District of Florida, this 12th day of September 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record